UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMADA FRANCHISE, INC.,

Plaintiff,

v.

AMADA HEALTH GHALCHI, et al.,

Defendants

No. 1:25-cv-0837-KES-EPG

ORDER APPROVING JOINT STIPULATION AND MOTION TO CONTINUE TRIAL AND RELATED DATES

(ECF No. 24).

On July 14, 2026, the parties filed a joint stipulation to continue the trial and related dates this case. (ECF No. 24). The stipulation is as follows:

> Defendant Amada Health Ghalchi ("Defendant") and Plaintiff Amada Franchise, Inc. ("Plaintiff"), by and through their respective counsel of record, jointly move the Court to continue trial and related dates to allow the parties time to complete discovery and prepare for trial, and hereby stipulate as follows:
>
> WHEREAS, on October 14, 2025, the Court issued a Scheduling Conference Order (ECF 17) setting trial for June 8, 2027, and related dates, including the close of non-expert discovery no later than June 22, 2026.
>
> WHEREAS, on April 27, 2026, after the Mid-Discovery Status Conference, the Court issued a Minute Order modifying the schedule (at the parties' request) to continue the non-expert discovery deadline to July 20, 2026, among other modifications.
>
> WHEREAS, the parties continue to engage in fact discovery, including written discovery, document production, and anticipate taking additional depositions;
>
> WHEREAS, this request is not opposed;

THEREFORE, in light of the above, the parties agree and hereby stipulate to, and request that the Court issue an order, continuing the trial and all related dates by 120 days to allow the parties time to complete non-expert discovery.

IT IS SO STIPULATED.

(*Id.*) (internal numbering omitted).

After consideration, the Court shall grant the joint stipulation to continue the trial date and all other related dates. However, this will be the final extension of the non-expert discovery deadline. The Court will also set a status conference, as set forth below.

Accordingly, it is HEREBY ORDERED:

1. Non-expert discovery is extended from July 20, 2026, to November 16, 2026[1].
2. Expert Disclosure is extended from August 19, 2026, to December 17, 2026.
3. Rebuttal Expert Disclosure is extended from September 18, 2026, to January 20, 2027.
4. A telephonic Status Conference is hereby set for February 2, 2027, at 10:00 a.m.
5. Expert Discovery cut-off is extended from October 19, 2026, to February 16, 2027.
6. Dispositive Motion deadline is extended from December 3, 2026, to April 2, 2027.
7. The currently set April 26, 2027 pre-trial conference is reset to August 23, 2027.
8. The currently set June 22, 2027 jury trial is reset to October 19, 2027.

IT IS SO ORDERED.

Dated: **July 15, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[1] No further extensions of non-expert discovery shall be granted.